# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**JAMES KENDALL,**

    **Plaintiff,**

v.                                                                        Case No: 6:16-cv-1896-Orl-28DCI

**WP ENTERPRISES OF FLORIDA, LLC**
**and WILLIAM PERRETTI, JR.**

    **Defendants.**

## ORDER

This case is before the Court on the Joint Motion for Approval of Settlement (Doc. 26). The assigned United States Magistrate Judge has submitted a Report (Doc. 27) recommending that the motion be granted. The parties have a filed a Joint Notice of Non-Objection (Doc. 28) regarding the Report.

After review of the record in this matter, including the Joint Notice of Non-Objection, the Court agrees with the findings and conclusions in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    The Report and Recommendation (Doc. 27) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    The Joint Motion for Approval of Settlement (Doc. 26) is **GRANTED**. The Court finds that the Settlement Agreement (Doc. 26-1) is a fair and reasonable settlement of Plaintiff's FLSA claim.

3. This case is **DISMISSED with prejudice**.

4. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida, on December 22, 2017.

JOHN ANTOON II
United States District Judge

Copies furnished to:
United States Magistrate Judge
Counsel of Record